Charles M. WATKINS, Appellant

v.

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, and the State System of Higher Education, Appellees.

Supreme Court of Pennsylvania.

Sept. 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of September, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.